# United States Court of Appeals
**For the Seventh Circuit**
**Chicago, Illinois   60604**

March 24, 2023

**By the Court:**

| | |
|---|---|
| AMIT TRIVEDI, | ] Appeal from the United |
|     Plaintiff-Appellant, | ] States District Court for |
| | ] the Northern District of |
| No. 23-1553           v. | ] Illinois, Eastern Division. |
| | ] |
| WELLS FARGO & COMPANY, et al., | ] No. 1:20-cv-05720 |
|     Defendants-Appellees. | ] |
| | ] Harry D. Leinenweber, |
| | ]         Judge. |

O R D E R

A review of the short record reveals that this appeal involves more than one appellee represented by different counsel.   Counsel for appellees are encouraged to file a joint brief and appendix or adopt parts of a co-appellee's brief.   The parties are reminded that redundant and uncoordinated briefing will be stricken. *See United States v. Torres*, 170 F.3d 749 (7th Cir. 1999); *United States v. Ashman*, 964 F.2d 596 (7th Cir. 1992).